# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2017

*The Court of Appeals hereby passes the following order:*

## A17I0277.  HOMELIFE ON GLYNCO, LLC et al. v. GATEWAY CENTER COMMERCIAL ASSOCIATION, INC.

Gateway Center Commercial Association, Inc. filed an action against Homelife of Glynco, LLC and Homelife Companies, Inc., alleging, *inter alia*, breach of contract for failure to pay association assessments and dues, unjust enrichment, and lien foreclosure.  The parties filed cross motions for summary judgment.  The trial court entered an order granting Gateway's motion, finding Homelife is subject to the covenants referenced in the deed accepted by their predecessor in title, and denying Homelife's motion.  Homelife then filed this application for interlocutory appeal.

The grant of partial summary judgment as to one or more but fewer than all the claims or parties may be directly appealed.  See OCGA § 9-11-56 (h); *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Olympic Dev. Group, Inc. v. American Druggists' Ins. Co.*, 175 Ga. App. 425, 425 (1) (333 SE2d 622) (1985).  Accordingly, the order in this case is subject to direct appeal.  Moreover, all rulings within that order and any other non-final rulings entered in the case may also be raised as part of such a direct appeal.  See OCGA § 5-6-34 (d); *Southeast Ceramics v. Klem,* 246 Ga. 294, 295 (1) (271 SE2d 199) (1980).  "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal."  *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).  Accordingly, this interlocutory application is hereby GRANTED.  Homelife shall have ten days from the date of this order to file a notice of appeal in the trial court.  If Homelife has already filed a notice of appeal from the order at issue here, it need

not file a second notice.  The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  07/26/2017*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*